**EXHIBIT AC – FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-13208  
Case Name: MICHAEL J. MILLER  
Taxpayer ID#: 30-6153186  
For Period Ending: 12/31/08  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 3755542027  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 1/29/08 | Ref 7 | debtor's counsel | turn over of prior undisclosed funds in form of cashier's check | 1290-000 | 10,000.00 | | 10,000.00 |
| 1/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.22 | | 10,000.22 |
| 2/8/08 | Check 1001 | International Sureties, Ltd | bond premium | 2300-000 | | 11.57 | 9,988.65 |
| 2/29/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 2.38 | | 9,991.03 |
| 3/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 2.54 | | 9,993.57 |
| | | | | COLUMN TOTALS | 10,005.14 | 11.57 | 9,993.57 |
| | | | Less: Bank transfers/CD Subtotal | | | | |
| | | | Less: Payments to debtor(s) Net | | 10,005.14 | 11.57 | 9,993.57 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# | | | |
| Money Market # 3755542027 | 10,005.14 | 11.57 | 9,993.57 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 10,005.14 | 11.57 | 9,993.57 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |