UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| MICHAEL MILLER | ) | |
| | ) | CASE NO. 07 B 13208 |
| DEBTOR | ) | |
| | ) | HON. JOHN D. SCHWARTZ |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  United States Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, Illinois 60604

    On: **June 19, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 10,005.14 |
    | Disbursements | $      11.57 |
    | Net Cash Available for Distribution | $  9,993.57 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $ None | $1,750.51 | $   7.96 |
    | Allan J. DeMars, attorney | $ None | $1,539.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $10,487.28   have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 63.84974%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Chase Bank USA NA | $   164.40 | $   104.97 |
| 2 | Chase Bank USA NA | 135.53 | 86.53 |
| 3 | FIA Card Services as successor in interest to Bank of America and MBNA | 10,187.35 | 6,504.60 |
|   |   | $10,487.28 | $ 6,696.10 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor  has  been discharge but proceedings to revoke discharge are pending..

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: 5 parcels of real estate all of which are fully liened and going into foreclosure; checking account $2,000.00; furniture $1,000; clothing $500.00; pension $25,000.00; 1997 Toyota Camry: $4,000.00
SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR MORE DETAILS.

Dated: **May 20, 2008**                                                                                 For the Court,

By:
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:    100 W. Monroe - Suite 910
                    Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1            User: amcc7                 Page 1 of 1                  Date Rcvd: May 20, 2008
Case: 07-13208                  Form ID: pdf002             Total Served: 23

The following entities were served by first class mail on May 22, 2008.
 db           +Michael Miller,    325 48th Avenue,    Bellwood, IL 60104-1325
 aty          +Natalia B Basinger,    Robert J Semrad & Associates,    407 S Dearborn St Ste 600,
                Chicago, IL 60605-1115
 aty          +Robert J Semrad, JR,    Robert J Semrad & Associates  L LC,    407 S  Dearborn St  Ste 600,
                Chicago, IL 60605-1115
 tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11499374     +Bk Of Amer,    475 Crosspoint Pkwy,    Getzville, NY 14068-1609
11499375     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11970724     +Chase Bank USA, N.A.,    Weinstein & Riley PS,    14 Penn Plaza, Suite 1300,
                New York, NY 10122-1401,    212 268 5540
11941740      Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11499378     +Chase Manhattan Mtg,    3415 Vision Dr,    Columbus, OH 43219-6009
11499379     +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
11499380      Chase-mnhtn,    Pob 77279,    Houston, TX 77279
11499381     +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
11983897      FIA Card Services NA as successor to Bank of Ameri,    Atten: Mr. BK,
                1000 Samoset Dr DE5-023-03-03,    Newark, DE 19713
11499383     +Hsbc/mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
11499384     +Hsbc/nautl,    90 Christiana Rd,    New Castle, DE 19720-3118
11499385      Monogram Bank N America,    4060 Ogletown/Stan De5-019-03-07,    Newark, DE 19713
11499386     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11499387     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
11499388     +Provident Funding Asso,    1235 N Dutton Ave Ste E,    Santa Rosa, CA 95401-4666
11499389     +Providnt Fnd,    1235 N. Dutton Ave,    Santa Rosa, CA 95401-4642
11499390     +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
11499391     +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
11499392      Washington Mutual,    Po Box 1093,    Northridge, CA 91328

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11499376*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11499377*    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11499382*    +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
                                                                                               TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 22, 2008**            **Signature:** _Joseph Speetjens_