UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL MILLER | ) | Hon. JOHN D. SCHWARTZ |
| | ) | |
| | ) | Case No.  07 B 13208 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable JOHN D. SCHWARTZ
      United States Bankruptcy Judge

    Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

    All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: <u>8/15/08</u>                                                                  <u>   /s/ Allan J. DeMars          </u>
                                                                                                Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          )
                                ) Case No. 07 B 13208
MICHAEL MILLER                  ) Hon. JOHN D. SCHWARTZ
                                ) Chapter 7
              Debtor            )

<u>ORDER AWARDING COMPENSATION AND EXPENSES</u>

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:
1. Trustee's compensation         <u>$ 1,750.51</u>
   Allan J. DeMars
2. Trustee's expenses             <u>$     7.96</u>
   Allan J. DeMars
                       TOTAL      <u>$ 1,758.47</u>

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1. Attorney for the Trustee
   a. Compensation               <u>$ 1,539.00</u>
      Allan J. DeMars
   b. Expenses                   $_____

2. Accountant for the Trustee
   a. Compensation               $_____
   b. Expenses                   $_____

3. Other professional
   (list each professional separately)

                       Total     <u>$ 1,539.00</u>

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _19th_ day of _JUNE_, 2008

**ENTERED**
JUN 1 9 2008
JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No. 07 B 13208 |
| MICHAEL MILLER | ) | Hon. JOHN D. SCHWARTZ |
| | ) | Chapter 7 |
| Debtor | ) | |

### DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:
Fees and Expenses   Trustee: $1758.47
                    Attorney: $1539.00              $___3297.47___
Chapter 7 Administrative Expenses:           $_____
Chapter 11 Administrative Expenses:          $_____
Priority Claims (507(a)(3)-(a)(7)):          $_____
Secured Tax Liens:                           $_____
Priority Tax Claims:                         $_____
General Unsecured Claims:                    $___6700.49___
<u>TOTAL AMOUNT TO BE DISTRIBUTED</u>:             $___9997.96___

REPORT OF DISTRIBUTION

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $3,297.47 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $1750.51 | $1750.51 |
| | expenses | | 7.96 | 7.96 |
| | attorney's fees | | 1539.00 | 1539.00 |
| | | | $3297.47 | $3297.47 |

REPORT OF DISTRIBUTION - CONT'D                          PAGE  2 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 2.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 726(a) & (b) and 507(a)(1)<br>(Debtor-in-possession (DIP)<br>administrative expenses)<br>(Domestic Support Obligations) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 3.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(3) -Gap claims<br>arising in involuntary<br>cases and allowed pursuant<br>to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 4.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(4) - Wages,<br>salaries or commissions<br>limited to $10,950.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                          PAGE  3 of 6

|    |                |  TOTAL              | FINAL        |
|----|----------------|---------------------|--------------|
| 5. | TYPE OF CLAIMS | AMOUNT OF CLAIMS    | DIVIDEND %   |

507(a)(5) - Contributions to   $
Employee Benefit Plans

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|--------------|----------|-------------------------|--------------------|

|    |                |  TOTAL              | FINAL        |
|----|----------------|---------------------|--------------|
| 6. | TYPE OF CLAIMS | AMOUNT OF CLAIMS    | DIVIDEND %   |

507(a)(6) - Farmers'           $
and Fishermans' claims
to the extent of $5,400.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|--------------|----------|-------------------------|--------------------|

|    |                |  TOTAL              | FINAL        |
|----|----------------|---------------------|--------------|
| 7. | TYPE OF CLAIMS | AMOUNT OF CLAIMS    | DIVIDEND %   |

507(a)(7) - Deposits           $                                     %
by consumers to the extent
of $2,425.00

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|--------------|----------|-------------------------|--------------------|

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 9.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

724(b) - Tax claims            $

| CLAIM NUMBER    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 10.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(8) - Tax claims   $
excluding fines and
penalties

| CLAIM NUMBER    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 11.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(9) - Capital            $
Commitments to Federal
Depository Institutions

| CLAIM NUMBER    CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

REPORT OF DISTRIBUTION-CON'T                         Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $10,487.28 | 63.89159% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Chase Bank USA NA | $     164.40 | $    105.04 |
| 2 | Chase Bank USA NA |      135.53 |      86.59 |
| 3 | FIA Card Services as successor in interest to Bank of America and MBNA | 10,187.35 | 6,508.86 |
|   |   | $10,487.28 | $ 6,700.49 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                            Page  6  of  6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

Claim (#3) of Chase Bank USA was withdrawn since it was a duplicate of Claim #4.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  June 19, 2008                              /s/ Allan J. DeMars
                                                          Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-13208  
Case Name: MICHAEL J. MILLER  
Taxpayer ID#: 30-6153186  
For Period Ending: 12/31/08  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 3755542027  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 1/29/08 | Ref 7 | debtor's counsel | turn over of prior undisclosed funds in form of cashier's check | 1290-000 | 10,000.00 | | 10,000.00 |
| 1/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.22 | | 10,000.22 |
| 2/8/08 | Check 1001 | International Sureties, Ltd | bond premium | 2300-000 | | 11.57 | 9,988.65 |
| 2/29/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 2.38 | | 9,991.03 |
| 3/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 2.54 | | 9,993.57 |
| 4/30/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 2.46 | | 9,996.03 |
| 5/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 1.27 | | 9,997.30 |
| 6/17/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.66 | | 9,997.96 |
| 6/19/08 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,750.51 | 8,247.45 |
| 6/19/08 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 7.96 | 8,239.49 |
| 6/19/08 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,539.00 | 6,700.49 |
| 6/19/08 | Check 1005 | Chase Bank USA, NA | 726(a)(2); 63.89159% | 7100-900 | | 105.04 | 6,595.45 |
| 6/19/08 | Check 1006 | Chase Bank USA, NA | 726(a)(2); 63.89159% | 7100-900 | | 86.59 | 6,508.86 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 6/19/08 | Check 1007 | FIA Card Services as successor in interest to Bank of America and MBNA | 726(a)(2); 63.89159% | 7100-900 | | 6,508.86 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,009.53 | 10,009.53 | 0.00 |
| Less: Bank transfers/CD | | | |
| Subtotal | | | |
| Less: Payments to debtor(s) | | | |
| Net | 10,009.53 | 10,009.53 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking# | | | |
| Money Market # 3755542027 | 10,009.53 | 10,009.53 | 0.00 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 10,009.53 | 10,009.53 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |